UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Rafael Hernandez-Rivera, | Case No. 23-cv-0856 (WMW/DTS) |
| Petitioner, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| B. Eischen, | |
| Respondent. | |

---

This matter is before the Court on the May 3, 2023 Report and Recommendation (R&R) of United States Magistrate Judge David T. Schultz. (Dkt. 4.) Because no objections have been filed, this Court reviews the R&R for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Having reviewed the R&R, the Court finds no clear error.

Based on the R&R and all the files, records and proceedings herein, **IT IS HEREBY ORDERED**:

1. The May 3, 2023 Report and Recommendation, (Dkt. 4), is **ADOPTED**.

2. This matter is **DISMISSED without prejudice.**

LET JUDGMENT BE ENTERED ACCORDINGLY.


Dated: July 27, 2023                           s/Wilhelmina M. Wright
                                               Wilhelmina M. Wright
                                               United States District Judge